IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| CARL ROSE | : | NO. 09-84 |

<u>ORDER</u>

AND NOW, this 4th day of October, 2010, upon consideration of Defendant's Motion to Suppress Evidence (Docket No. 39), the government's opposition thereto, and after an evidentiary hearing on October 1, 2010, and for the reasons stated in a Memorandum bearing today's date, IT IS HEREBY ORDERED that said motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin\_\_\_\_\_
MARY A. McLAUGHLIN, J.